JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS R. MARKS, et al., | CV 19-10942 PA (JEMx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| TRADER JOE'S COMPANY, | |
| Defendant. | |

Pursuant to the Court's May 12, 2020 Order dismissing this action for lack of prosecution and failure to comply with the Court's order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED:  May 12, 2020

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE